# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GREGORY KILLEBREW

VERSUS

JOHN G. COOK, STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY, AND PROGRESSIVE
CASUALTY INSURANCE COMPANY

NO.  2021 CW 1153

DECEMBER 30, 2021

---

In Re:    State Farm Mutual Automobile Insurance Company and
          State Farm Fire & Casualty Company, applying for
          supervisory writs, 22nd Judicial District Court,
          Parish of St. Tammany, No. 2017-14716.

---

BEFORE:    **WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

           **WRIT DENIED ON THE SHOWING MADE.**

                              **VGW**
                              **AHP**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT